IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 14-CR-3060 |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHEAL JONES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER SEALING INDICTMENT AND WARRANT**

For cause, it is

ORDERED

That the Indictment and Warrant in this matter are sealed until the arrest of the defendant.

Dated this 20th day of November, 2014.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT