# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR14-3060-LRR |
| vs. | |
| MICHAEL JONES, | **ORDER** |
| Defendant. | |

This matter comes before the court on the defendant's motion to correct judgment pursuant to Federal Rule of Criminal Procedure 36 (docket no. 37). The defendant filed such motion on June 16, 2015. The judgment is correct. It does not include the following special condition of supervision:

> If not employed at a regular lawful occupation, as deemed appropriate by the United States Probation Office, you must participate in employment workshops and report, as directed, to the United States Probation Office to provide verification of daily job search results or other employment related activities. In the event you fail to secure employment, participate in employment workshops or provide verification of daily job search results, you may be required to perform up to 20 hours of community service per week until employed.

It does include the following standard condition of supervision:

> [T]he defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.

Such provision appropriately provides the defendant's probation officer with the discretion to consider reasons, including but not limited to the defendant's age and health at the time of his release, that prevent the defendant from obtaining and maintaining employment.

Because the court did not intend to eliminate the standard condition of supervision pertaining to employment, the defendant's motion to correct judgment pursuant to Federal Rule of Criminal Procedure 36 (docket no. 37) is denied.

**IT IS SO ORDERED**.

**DATED** this 17th day of June, 2015.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA